IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ANI GROUP, LLC, | ) | Case No. 12 B 35194 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### NOTICE OF MOTION

To:  See attached service list

    PLEASE TAKE NOTICE that on June 27, 2013, at 10:30 a.m., I shall appear before the Honorable Jacqueline P. Cox or any other judge sitting in her stead, in Room 680, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Accountant's Final Application for Allowance of Compensation, a copy of which is attached hereto and hereby served upon you.

### CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 6th day of June 2013.

                                                      /s/ Gregory K. Stern
                                                         Gregory K. Stern

Gregory K. Stern, Esq.
Monica C. O'Brien, Esq.
Christina M. Riepel, Esq.
Dennis E. Quaid, Esq.
Gregory K. Stern, P.C.
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

Scott N. Schreiber, Esq.
Shelly A. DeRousse, Esq.
Stahl Cowen Crowley Addis LLC
55 West Monroe, Suite 1200
Suite 1200
Chicago, IL 60603

Monette W Cope
Weltman Weinberg & Reis Co LPA
180 North LaSalle St Ste 2400
Chicago, IL 60601

**Parties Served Via First Class Mail**

ANI Group LLC
645 North Rand Road
Lake Zurich, Illinois 60047

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ANI GROUP, LLC, | ) | Case No. 12 B 35194 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**ACCOUNTANT'S FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION**

Now comes Charles Sturm and CSA Charles Sturm and Associates, LLC, ("Accountants"), accountants for ANI Group, LLC, Debtor and Debtor In Possession ("Debtor"), and, pursuant to § 330 of the United States Bankruptcy Code, requests that this Court enter an order allowing final compensation of $6,642.00 for 110.7 hours of accounting services rendered to the Debtor, as Chapter 11 Debtor In Possession; and, in support thereof, state as follows:

1. On September 4, 2012, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtor has continued in possession of its property as Debtor In Possession and no trustee has been appointed in this case.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. In accordance with Bankruptcy Rule 2002, notice of this Application has been sent to all parties on the service list, including the United States Trustee, all creditors and all parties in interest.

4. September 27, 2012, this Court entered an Order Authorizing Employment of Accountants authorizing the employment of Charles Sturm and CSA Charles Sturm & Associates

LLC (the "Accountants"), as accountants for the Debtor as Debtor In Possession, with all compensation and reimbursement of expenses subject to further order of this Court.

5. On February 8, 2013, the Accountants filed their First Application for Allowance of Interim Compensation (the "First Application") (Docket No. 91) (that is incorporated by reference herein and made a part hereof).  On April 8, 2013, this Court entered an Order Allowing Interim Compensation (Docket No. 138) in the amount of $2,850.00 for services rendered from September 4, 2012, through December 11, 2012.

6. The Accountants have expended 63.20 hours of professional services from January 7, 2013 through May 13, 2013, as set forth on the Accountant's Time Sheets attached hereto as Exhibit A and made a part hereof.  The reasonable value of the professional services rendered from January 7, 2013, through May 13, 2013, is $3,792.00.

7. The services provided by the Accountants to the Debtor include, but are not limited to, reviewing the Debtor's monthly books and records and preparing financial monthly statements; reviewing income and expense statements; bank account reconciliation; assisting in preparation of revenue projections for plan of reorganization; preparation of Debtor's income tax returns; and, preparing monthly operating reports.

8. The professional services rendered in this matter have resulted in a substantial benefit to this estate.

9. All of the professional services performed were actual and necessary for the proper representation of the Debtor as Chapter 11 Debtor in Possession and in furtherance of the Debtor's reorganization; and, as such, all of the services rendered were authorized pursuant to this Court's September 27, 2012, Order Authorizing Employment Of Accountants and benefited the estate.

**WHEREFORE**, Charles Sturm and CSA Charles Sturm & Associates, LLC, prays for entry of an Order, pursuant to § 330 of the Bankruptcy Code, allowing Charles Sturm and CSA Charles Sturm & Associates, LLC, final compensation in the amount of $6,642.00 for actual and necessary professional services rendered and authorizing the Debtor to pay the unpaid balance of allowed interim compensation $3,792.00 as a priority cost of administration; and, for such other relief as this Court deems just.

        /s/ Gregory K. Stern
        Gregory K. Stern, Esq.

Gregory K. Stern, Esq.
Monica C. O'Brien, Esq.
Christina M. Riepel, Esq.
Dennis E. Quaid, Esq.
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558