THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ANI GROUP, LLC, | ) | Case No. 12 B 35194 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date and Time: |
| | ) | June 27, 2013 at 10:30 a.m. |

### NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE THAT** on June 27, 2013, at 10:30 a.m., I shall appear before the Honorable Judge Jacqueline P. Cox, or any other judge sitting in her stead, in Room 680, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Debtor's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List via U.S. Mail on the 20th day of June, 2013.

/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #  02267012)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

Scott N. Schreiber, Esq.
Shelly A. DeRousse, Esq.
Stahl Cowen Crowley Addis LLC
55 West Monroe, Suite 1200
Suite 1200
Chicago, IL 60603

Monette W Cope
Weltman Weinberg & Reis Co LPA
180 North LaSalle Street, Suite 2400
Chicago, IL 60601

Joseph A Baldi
Baldi Berg & Wallace, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL 60602

**Parties Served Via First Class Mail**

ANI Group LLC
645 North Rand Road
Lake Zurich, Illinois 60047

American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355

Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654

Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090

Budget Lighting, Inc.
15275 Minnetonka Boulevard
Minnetonka, MN 55345

Culver Franchising System, Inc.
Attn: General Counsel
1240 Water Street
Prairie Du Sac, WI 53578

Denkewalter & Angelo
5215 Old Orchard Road, Suite 1010
Skokie, IL 60077

Earthgrains Baking Co's Inc.
PO Box 976
Horsham, PA 19044

EcoLab, Inc.
EcoLab Center
Saint Paul, MN 55102

Empire Cooler Service, Inc.
940 W. Chicago Ave.
Chicago, IL 60642

First Merit Bank, N.A.
501 West North Avenue
Melrose Park, IL 60160

Gordon Food Service
PO Box 1787
333 50th Street SW
Grand Rapids, MI 49501

Groot Industries, Inc.
Attn: Larry Groot
1759 Elmhurst Road
Elk Grove Village, Illinois 60007

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago IL

Illinois Dept of Employment Security
33 South State Street
10th Floor
Chicago, IL 60603

Illinois State Tollway Authority
2700 Ogden Avenue
Downers Grove, IL 60515

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

International Monetary Systems
16901 Wesr Glendale Drive
New Berline, WI 53151

J&E Nursery Ltd.
18852 W. Peterson
Libertyville, IL 46307

Lake County Treasurer
2293 North Main Street
Crown Point, IN 46307

Terry & Carla Owen
c/o Loftus & Loftus, Ltd
646 Busse Hwy
Park Ridge, IL 60068

Herman J. Marino
53 West Jackson Boulevard
Suite 1557
Chicago, IL 60604

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

Terry and Carla Owen
239 Berry Pkwy
Park Ridge, IL 60068

George and Valerie Anichini
113 Ulen Blvd.
Lebanon, IN 46052

Stephen & Christine Anichini
28984 Niblick Court
Mundelein, IL 60060

Gabriel Kain
226 Sheridan Road
Glencoe, IL 60022

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ANI GROUP, LLC, | ) | Case No. 12 B 35194 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date and Time: |
| | ) | June 27, 2013 at 10:30 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes the reorganized Debtor, ANI Group, LLC, by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Christina M. Riepel, and in support of its Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On September 4, 2012, ANI filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code").

2. On May 15, 2013, an Order Confirming Third Amended Plan Reorganization (the "Confirmation Order") was entered. The Confirmation Order is final and not subject to appeal.

3. The Effective Date of the Plan was June 15, 2013.

4. The Reorganized Debtor has begun making its payments under the terms of the Confirmed Plan.

5. On June 15, 2013, the Reorganized Debtor made its first payment towards the Class One Secured Claim of FirstMerit Bank, N.A. in conformity with the terms of the Forbearance Agreement.

6. On June 15, 2013, the Reorganized Debtor commenced payments to Classes 1, 2, 3 4 and 7 under the terms set forth in the Confirmed Plan.

7. Class 3 Secured Claims are scheduled to be paid monthly for the next 36 monthly under the terms of the Confirmed Plan.

8. Class 4 Claims are scheduled to be paid monthly for 60 months under the terms of the Confirmed Plan.

9. Class 2 Claims are scheduled to be paid monthly for the next 84 month under the terms of the Plan.

10. Class 7 Claims are scheduled to be paid monthly for the next 18 months under the terms of the Plan.

11. The claims of the Illinois Department of Employment Security were paid in full on the Effective Date.

12. The Reorganized Debtor has made arrangements for the payment of its Administrative Claims with Gregory K. Stern, P.C.

13. The Reorganized Debtor has made all payments required by the United States Trustee.

14. Pursuant to Article IX, 9.4, the Plan has been fully consummated based upon the foregoing distributions.

15. The Debtor's Confirmed Plan satisfies the requirements of Bankruptcy Code § 1129(b); the Plan complies with the applicable provisions of Title 11 and has been proposed in good faith and not by any means forbidden by law; and, the Confirmed Plan is feasible in that the Confirmation Order is not likely to be followed by the need for further financial reorganization.

16. There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

WHEREFORE, ANI Group, LLC, the Reorganized Debtor, prays for an order as follows:

(a) Granting the Motion To Enter Final Decree Closing Chapter 11 Case pursuant to § 350 and Bankruptcy Rule 3022;

(b) Entering Final Decree closing the Debtor's Chapter 11 case; and,

(c) For such other relief as may be just.

       /s/ Gregory K. Stern
Gregory K. Stern, Attorney for ANI Group, LLC

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #  02267012)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558